In re PERCIVAL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) In the matter of the estate of William G. Percival, deceased.

PER CURIAM. Decree of Surrogate's Court (79 Misc. Rep. 567, 141 N. Y. Supp. 180) mod-

ified, so as to disallow and reject the claim of Isaac D. West, as executor, etc., of Caroline S. Percival, which was allowed at $961.39, and the findings contained in the finding of fact numbered II, to the effect that Caroline S. Percival paid for the land which was conveyed to her by the Van Dewalkers, and that after the sale of the land and the receipt of the purchase price by William G. Percival he never paid the same, nor any part thereof, to his wife, are disapproved, and, as so modified, the decree is affirmed, without costs of this appeal to any party.